COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00994-CV

Style:                       The Apostolic Church v. Harris County

Trial Court Case Number:      2018-25624

Trial Court:                 55th District Court of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:          Appellee

     Appellee has objected to mediation.  The Court's mediation order dated April 29, 2020 is withdrawn.


Judge's signature: /s/ Sherry Radack _____
                 Acting individually

Date:  April 30, 2020


---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).